# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC., a Washington Corporation; STAR OF INDIA FASHIONS, INC, an Arizona Corporation; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 18-429-GW(JPRx)<br>*Hon. George H. Wu Presiding*<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: April 25, 2018          By: _____
                                    GEORGE H. WU,
                                    U.S. DISTRICT JUDGE